# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ROSALIND MARTINEZ,

        Plaintiff,

vs.

SAM'S WEST, INC. d/b/a SAM'S CLUB, *et al.*,

        Defendants.

2:15-cv-02013-JCM-VCF

**ORDER**

    Before the court is Defendants' Motion to Extend Discovery Deadlines (#14).

    IT IS HEREBY ORDERED that a hearing on Defendants' Motion to Extend Discovery Deadlines (#14) is scheduled for 4:00 p.m., April 15, 2016, in courtroom 3D.  Any opposition to Defendants' Motion to Extend Discovery Deadlines (#14) must be filed on or before April 8, 2016.  Any reply in support of Defendants' Motion to Extend Discovery Deadlines (#14) must be filed on or before 5:00 p.m., April 14, 2016.

    DATED this 1st day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE